**1**

**F. M. STANTON, Alleged Bankrupt, Appellant, v. UNION GUANO COMPANY, a Corporation, the American Agricultural Chemical Company, a Corporation, and Wessel, Duval & Co., a Corporation, Appellees.**

(Circuit Court of Appeals, Fourth Circuit. April 14, 1926.)

No. 2509.

Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston.

Tison & Miller and J. K. Owens, both of Bennettsville, S. C., for appellant.

J. W. Le Grand, of Bennettsville, S. C., for appellees.

PER CURIAM. Order docketing and dismissing cause under rule 16 filed.

**2**

**Thomas E. STONE et al. v. Morris ERRIS, Doing Business as M. Erris & Co.**

(Circuit Court of Appeals, Sixth Circuit. November 3, 1926.)

No. 4787.

In Error to the District Court of the United States for the Northern District of Ohio.

A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio, for plaintiffs in error.

PER CURIAM. Docketed and dismissed upon motion of counsel for the plaintiffs in error.

**3**

**STUEBING TRUCK COMPANY v. COWAN TRUCK COMPANY.**

(Circuit Court of Appeals, Sixth Circuit. June 8, 1926.)

No. 4356.

Appeal from the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

Emery, Booth, Janney & Varney, of New York City, and John W. Strehli, of Cincinnati, Ohio, for appellant.

A. D. Salinger, of Boston, Mass., Chapin & Neal, of Springfield, Mass., and Knight & Phares, of Cincinnati, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

**4**

**In the Matter of the Petition of L. W. ULMER, Trustee, to Revise an Order of the District Court of the United States for the Northern District of Ohio, Eastern Division, in the Case of George GLUCKMAN, Doing Business as the George Company, Bankrupt.**

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4448.

Petition to Revise an Order of the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Sidney N. Weitz, of Cleveland, Ohio, for petitioner.

Peter E. Klein, of Cleveland, Ohio, for respondent.

PER CURIAM. Dismissed, with costs against the petitioner.

**5**

**In the Matter of the Petition of L. W. ULMER, Trustee, to Revise an Order of the District Court of the United States for the Northern District of Ohio, Eastern Division, in the Case of George GLUCKMAN, Doing Business as the George Company, Bankrupt.**

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4449.

Petition to Revise an Order of the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Sidney N. Weitz, of Cleveland, Ohio, for petitioner.

L. J. Kane, of Cleveland, Ohio, or respondent.

PER CURIAM. Dismissed, with costs against the petitioner.